The application of the above-named defendant for a review of the sentence for Count I, Issuing Bad Checks, 10 years; Count II, Theft, 6 months; Count III, Forgery, 6 months; Count IV, Theft, 6 months; all to be served concurrently; plus restitution and conditions imposed on June 16, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to Count I, Issuing Bad Checks, 10 years with 3 years suspended; Count II, Theft, 6 months; Count III, Forgery, 6 months; Count IV, Theft, 6 months; all to be served concurrently; plus restitution and conditions as set forth in the original judgment.

Reasons for the amendment:

(1) In the original sentence, the provision for restitution is contrary to Mont. Code Ann. Sec. 46-18-201(1), therefore the sentence was amended; and

(2) Because of the defendant's poor health and age.

We wish to thank Charles Jordan of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Douglas Harkin, Robert Boyd

From: The District Court of the Sixteenth Judicial District, County of Custer, STATE OF MONTANA, Plaintiff vs. GEORGE WESLEY BUMGARDNER, Defendant.

## DECISION

No. 3146

The application of the above-named defendant for a review of the sentence for Two Counts of Incest; 10 years on each count to run concurrently; undergo a sexual offender and alcoholic program; restitution to the victim until she reaches the age of majority for mental health counseling imposed on January 26, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Marvin Knapstad of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 13th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. JOHN EDWARD WARD, JR., Defendant.